IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| MARY ZAPPA and RANDALL HAHN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 13 C 6623 |
| | ) | |
| OAG MOTORCYCLE VENTURES, INC., | ) | |
| d/b/a CITY LIMITS HARLEY DAVIDSON, | ) | |
| JEFFREY J. SMITH, GARRISON BENNETT, | ) | |
| GARY UMANSKY, CARLOS GONZALEZ, | ) | Judge Thomas M. Durkin |
| individually and in his official capacity as a | ) | Magistrate Judge Daniel G. Martin |
| Palatine police officer, and THE VILLAGE OF | ) | |
| PALATINE, | ) | |
| | ) | |
| Defendants. | ) | |

**CORRECTED MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17, Plaintiffs' counsel Allison Krumhorn hereby files this motion to withdraw her appearance as one of the attorneys of record in this matter, stating as follows:

1. Since the inception of this case, Allison Krumhorn has been one of the attorneys of record for Plaintiffs Mary Zappa and Randall Hahn.

2. However, Ms. Krumhorn has left the firm retained to represent Plaintiffs, the Consumer Advocacy Center, P.C.

3. Plaintiffs will continue to be represented by counsel from the Consumer Advocacy Center, P.C., namely, Lance Raphael, Justin Hagan, and Katherine Bowen.

4. As such, Ms. Krumhorn now files the instant motion.

WHEREFORE, it is respectfully requested that this Court grant Allison Krumhorn leave to withdraw as one of the attorneys of record in this action.

Respectfully submitted,

By: /s/ Allison Krumhorn
One of Plaintiffs' Attorneys

Allison Krumhorn
Wilcox Law Firm, P.C.

1900 The Alameda, Suite 530
San Jose, California 95126
(408) 296-0400